UNITED STATES DISTRICT COURT
DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

2018 MAR -5  PM 4: 59

**UNITED STATES OF AMERICA**
Plaintiff

vs.                                                         Crim. Case No: 1:15-cr-00159-TWP

**JARED S. FOGLE**
Defendant

### MOTION TO TAKE JUDICIAL NOTICE OF FACTS OF RECORD

COMES now, Defendant **FOGLE**, does hereby in reliance on Rule 201 of Fed. R. of Evidence:

    1) **FOGLE**, per his rights, requests a hearing on the facts to be noticed; (see 201(e));

    2) The court is afforded jurisdiction at any time to notice any such fact(s) raised; (see 201(d))

    3) The court **MUST** take judicial notice if the party request it "and the court is supplied the necessary information";(see 201(c))

    4) **FOGLE** relies on the existing records of this case, and (2)other cases in support of the facts to be noticed; (see 201(b)(2)).

### FACTS TO BE NOTICED

**FOGLE**, hereby requests the following facts be judicially noticed by the court:

### DUE PROCESS VIOLATIONS

    1) **FOGLE** presents (Exhibit A) § 2252(a)(2) of Title 18; judicially notice no mention of **"conspiracy"** exists within the statute of law;

    2) In United States vs. James Nathan Fry, 8th Circuit 13-3502.2815 lines 4 thru 6 states: (Exhibit B)

    **"THE COURT: But there is no criminal charge in the statute of aiding and abetting. Its just another way of finding somebody guilty."**

    3) In United States vs. Frank Edwin Pate, 5th Circuit, 16-40814.1582 states in part: ( Exhibit C )

    **"WILLIAMS: While we can prosecute the overall scheme, we can only go five years back. Is that the way -- let me rephrase. We can charge an entire -- can we charge an entire scheme?"**

1

"EDSON: Answer:   "Yes we can".

"WILLIAMS:   "but we have to have a wire that's within the five years?"

"EDSON:     "Thats correct."

(Note to Court:   **WILLIAMS** = James Andrew Williams, ED of Texas, AUSA)
(            **EDSON**    = Christine Edson, **SA FBI**, Dallas Office.)

4) Title 18 USCS § 1343 states in part:

"transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds <u>for the purpose of executing such scheme or articfice</u>." (underline added; See Exhibit D)

5) Exhibit E of documents retrieved on 1 FEB 2018, from National Archives files, regarding letters between FBI Director J. Edgar Hoover and Congressman Karl M. LeCompte; notations will be on specific parts:

"I am deeply grateful for your support of the FBI in the past, and if I can be of service to you during the coming Session I hope you will communicate with me." (J. Edgar Hoover, citing from November 8, 2946)

"NOTE: No letter of congratulations was sent Mr.LeCompte in 1944; however, he has been very friendly towards the Bureau."(Nov. 8, 1946)

"I hope we can go forward with constructive legislation in the next two years." (Citing Karl LeCompte, November 12, 1946)

"my associates and I shall certainly miss your presence on Capitol Hill. We have enjoyed working with you, and we wish you ever success for the future." (J.Edgar Hoover, as cited in January 28, 1956 letter)

"NOTE: LeCompte has been very friendly toward the Bureau and letters of congratulations have been sent to him since 1946." (Jan 28, 1958 letter from J.Edgar Hoover)

6) Exhibit F of Title 50 USCS § 841, Congressionally still effective:

"Unlike political parties, the Communist Party acknowledges no <u>constitutional or stautory limitations upon its conduct</u> or upon that of its members."

"And its dedication to the proposition that the present <u>constitutional government of the United States</u> ultimately must be brought to <u>ruin by any available means, including resort to force and violence</u>." (underlines added)

FOGLE does hereby request this court, take Judicial Notice of all the presented facts submitted to this record.

*[signature]*

Jared S. Fogle
**Pro Se**
9595 West Quincy Ave.
Littleton, CO 80123


CC: ECF to all emails on file.