EXHIBIT A

EXHIBIT A

§ 2252.        Certain activities relating to material involving the sexual exploitation of minors

(a) Any person who--
   (1) knowingly transports or ships using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means including by computer or mails, any visual depiction, if--
      (A) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and
      (B) such visual depiction is of such conduct;
   (2) knowingly receives, or distributes, any visual depiction using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, or knowingly reproduces any visual depiction for distribution using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means including by computer or through the mails, if--
      (A) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and
      (B) such visual depiction is of such conduct;

© 2018 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.