18 APR -4 PM 1:34

JARED S. FOGLE

    Petitioner

vs.

No: 1:18-cv-00571-TWP-MPB

UNITED STATES OF AMERICA

    Defendant

## MOTION TO DISMISS

**COMES NOW**, MOVANT, does hereby motion to this court, to DISMISS this suit for the following reasons;

    1) MOVANT did not request this suit be docketed; MOVANT requested the Criminal Court, to address a clear error in law; this court on its own non-authoritative decision, moved MOVANT into the instant case;

    2) Currently, MOVANT has filed a Civil RICO suit, naming the Judge over the Court, Tanya Walton-Pratt, as a Defendant; FOGLE, has charged Judge Pratt with "obstruction of justice" and "wire fraud"; This court is now a "conflict of interest" forum, and is untenable to MOVANT to continue any proceedings with the Southern District of Indiana.

RELIEF REQUESTED

**DISMISS** the instant case.

Submitted Under Penalty of Perjury, all facts alleged in this pleading are true and correct, and presented to this court on this 27th day of March 2018.

Jared S. Fogle
**PRO SE**
9595 West Quincy Ave.
Littleton, CO 80123

Amanda Vargas,
Notary Public,
Littleton, CO

AMANDA L VARGAS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20104003392
MY COMMISSION EXPIRES FEB. 17, 2022