UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JARED S. FOGLE, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 1:18-cv-00571-TWP-MPB |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) |

### Order Granting Motion to Voluntarily Dismiss and Dismissing Case

Petitioner Jared S. Fogle's motion to dismiss, dkt. [8], is **granted.** This action is dismissed without prejudice. Judgment consistent with this Order shall now issue.

**IT IS SO ORDERED.**

Date: 4/5/2018

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

JARED S. FOGLE
12919-028
ENGLEWOOD - FCI
ENGLEWOOD FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
9595 WEST QUINCY AVENUE
LITTLETON, CO 80123