```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF INDIANA
                   INDIANAPOLIS DIVISION
```

**FILED**

April 24, 2018

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

JARED S. FOGLE

    Petitioner

vs.                                                        No: 1:18-cv-00571-TWP-MPB

UNITED STATES OF AMERICA

    Defendant

## MOTION TO DISMISS

**COMES NOW**, MOVANT, does hereby motion to this court, to DISMISS this suit for the following reasons;

    1) MOVANT did not request this suit be docketed; MOVANT requested the Criminal Court, to address a clear error in law; this court on its own non-authoritative decision, moved MOVANT into the instant case;

    2) Currently, MOVANT has filed a Civil RICO suit, naming the Judge over the Court, Tanya Walton-Pratt, as a Defendant; FOGLE, has charged Judge Pratt with "obstruction of justice" and "wire fraud"; This court is now a "conflict of interest" forum, and is untenable to MOVANT to continue any proceedings with the Southern District of Indiana.

### RELIEF REQUESTED

**DISMISS** the instant case.

Submitted Under Penalty of Perjury, all facts alleged in this pleading are true and correct, and presented to this court on this 27th day of March 2018.

*/s/ Jared S. Fogle*
Jared S. Fogle
**PRO SE**
9595 West Quincy Ave.
Littleton, CO 80123

*/s/ Amanda L Vargas*
Amanda Vargas,
Notary Public,
Littleton, CO

```
AMANDA L VARGAS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20104003392
MY COMMISSION EXPIRES FEB. 17, 2022
```